# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

WILLIAM A. BARRON, JR.,
and RUSSELL NELSON

    Plaintiffs,

v.                    CIVIL ACTION FILE
                     NO. 4:15-CV-0038-HLM

MICHAEL W. LAMPLEY,
ARNO JUSTMAN,
ROBERTSON M. LEATHERMAN, JR.,
GLOBAL SPORTS GROUP, LLC
SPORTS PRO GROUP, LLC
LJFG, LLC, DJE, LLC,
TUNICA MUSIC GROUP, LLC,
JOHN DOES 1-10, and
DOE, INC. 1-10,

    Defendants.

## ORDER

This case is before the Court on Plaintiffs' Motion to Appoint Receiver [11], Plaintiffs' Motion for Preliminary Injunction [12], and Plaintiffs' Proposed Order on Plaintiffs'

Motions for Appointment of Receiver and for Preliminary Injunction [65].

On May 18, 2015, Plaintiffs submitted a Proposed Order addressing Plaintiffs' Motion to Appoint Receiver and Motion for Preliminary Injunction. (Docket Entry No. 65.) On the same day, the Court entered an Order giving Defendants fourteen days to object to Plaintiffs' Proposed Order or the Proposed Order would go into effect. (Docket Entry No. 66.) The time for Defendants to object has passed without any objection. For the sake of clarity, the Court issues this Order to ensure that the Parties comply with the Proposed Order.

ACCORDINGLY, the Court **ADOPTS** Plaintiffs' Proposed Order [65] as the Order of this Court except as to

AO 72A

Part III of the Proposed Order. The Court does not reserve ruling on Plaintiffs' pending Motion to Appoint Receiver [11] and Motion for Preliminary Injunction [12]. Instead, the Court **DENIES WITHOUT PREJUDICE** the Motion to Appoint Receiver and Motion for Preliminary Injunction. All time limits contained in the Proposed Order shall run from the date fo this Order.

IT IS SO ORDERED, this the 9th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE

3